IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| INSURANCE SAFETY CONSULTANTS, LLC and CHRISTOPHER ROBERTS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:15-cv-2183-S-BT |
| CARRI D. NUGENT, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 11, 2018. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

SO ORDERED, this 30th day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE